# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INLAND DIAMOND PRODUCTS CO. | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:17-cv-416- JRG |
| HOYA OPTICAL LABS OF AMERICA, INC. | § § | |

## MINUTES FOR MARKMAN HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 26, 2018

**OPEN:  1:36 p.m.**                                                              **ADJOURN:   3:05 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERKS: | Hannah Jiam<br>Ashbey Morgan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 1:36 p.m. | Court opened. Counsel announced ready for hearing. Ms. Henry and Mr. Smith introduced co-counsel. |
| 1:38 p.m. | The Court noted the parties' agreements on two claim construction terms. Argument was then heard on a claim-by-claim basis. Mr. Halan argued on behalf of Plaintiff. Mr. Isbester argued on behalf the Defendant. |
| 3:05 p.m. | The Court took the claim construction matters under advisement. Court adjourned. |