# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Inland Diamond Products Co.,** | |
| Plaintiff, | |
| v. | Case No. 2:17-cv-416-JRG |
| **Hoya Optical Labs of America, Inc., d/b/a HOYA Vision Care, N.A.,** | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF'S NOTICE OF MARKMAN HEARING PRESENTATION SLIDES

COMES NOW Plaintiff, Inland Diamond Products Co., and hereby files its presentation slides used during the March 26, 2018 Markman Hearing. Attached as Exhibit A are Plaintiff's slides used during the hearing.

Dated:  March 27, 2018    Respectfully submitted,

*/s/ John M. Halan w/permission by Claire A. Henry*
John M. Halan (Michigan Bar No. P37616)
Thomas A. Lewry (Michigan Bar No. P36399)
Mark A. Jotanovic (Michigan Bar No. P73752)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email:  jhalan@brookskushman.com
            tlewry@brookskushman.com
            mjotanovic@brookskushman.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*

.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 27th day of March, 2018.

/s/ *Claire A. Henry*