# EXHIBIT 1

```
                                                                    1

 1                 IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE EASTERN DISTRICT OF TEXAS

 3                           MARSHALL DIVISION

 4   INLAND DIAMOND PRODUCTS        )(

 5   CO.                            )(    CIVIL DOCKET NO.

 6                                  )(    2:17-CV-416-JRG

 7   VS.                            )(    MARSHALL, TEXAS

 8                                  )(

 9   HOYA OPTICAL LABS OF           )(    APRIL 30, 2018

10   AMERICA, INC.                  )(    9:05 A.M.

11                            MOTION HEARING

12         BEFORE THE HONORABLE CHIEF JUDGE RODNEY GILSTRAP

13                     UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   FOR THE PLAINTIFF:  (See Attorney Attendance Sheet docketed
                          in minutes of this hearing.)
17

18   FOR THE DEFENDANT:  (See Attorney Attendance Sheet docketed
                          in minutes of this hearing.)
19

20   COURT REPORTER:     Shelly Holmes, CSR, TCRR
                         Official Reporter
21                       United States District Court
                         Eastern District of Texas
22                       Marshall Division
                         100 E. Houston Street
23                       Marshall, Texas  75670
                         (903) 923-7464
24

25   (Proceedings recorded by mechanical stenography, transcript
     produced on a CAT system.)
```

1  Mr. Halan, and you all need to discuss perhaps a joint
2  motion to modify the docket control order that you'll submit
3  to me.  You all are going to work together, whether you like
4  it or not, and you're going to have to learn to work
5  together because so far I've seen very little evidence that
6  that's happened here.
7          MR. ISBESTER:  Thank you, Your Honor.
8          THE COURT:  All right.  Do you have other
9  questions?
10         MR. ISBESTER:  I have one other question.
11         You mentioned depositions in Italy.  We have
12  informed Plaintiff that we believe a very important witness
13  is the founder of MEI.  His name is Stefano Sonzogni, I
14  believe.  And we have arranged through MEI that Mr. Sonzogni
15  will agree to provide deposition testimony by video under
16  U.S. law in Italy.  And he's provided several dates for
17  that.  And I just wanted to confirm that you did not have an
18  objection to our pursuing Mr. Sonzogni's deposition in that
19  manner.
20         Obviously, Mr. Sonzogni is -- is a vendor to the
21  company.  We have -- we can pick up the phone and speak with
22  him, but Plaintiff can't, at least not the same way.  So we
23  wanted to make sure that the Plaintiff had the opportunity
24  to take his deposition before a declaration or testimony
25  shows up from him in the case.  But you had seemed somewhat