# EXHIBIT 2

**John M. Halan**

| | |
|---|---|
| From: | Lucas Fuksa <lucas@fklawfirm.com> |
| Sent: | Monday, May 21, 2018 6:03 PM |
| To: | Mark A. Jotanovic |
| Cc: | Thomas A. Lewry; John M. Halan |
| Subject: | RE: Inland v. Hoya - MEI Subpoena |

==Mark, MEI's subpoena response is complete and I do not wish to confer any further on the subject as I have nothing else to add.== Regards,



**LUCAS FUKSA**
Partner
E lucas@fklawfirm.com
P 312.266.2221
F 312.266.2224
70 West Erie Street, Second Floor
Chicago, Illinois 60654
fklawfirm.com

STATEMENT OF CONFIDENTIALITY: The information in this message is privileged and confidential and is intended only for the use of the individuals or entities named above. If the reader of this message is not the intended recipient, you are hereby notified that you are prohibited from disseminating, distributing, retaining, or copying the information contained in this message. If you have received this message in error, please notify the sender immediately and destroy all copies of the original message.

**From:** Mark A. Jotanovic <mjotarovic@brookskushman.com>
**Sent:** Monday, May 21, 2018 3:21 PM
**To:** Lucas Fuksa <lucas@fklawfirm.com>
**Cc:** Thomas A. Lewry <tlewry@brookskushman.com>; John M. Halan <jhalan@brookskushman.com>
**Subject:** RE: Inland v. Hoya - MEI Subpoena
**Importance:** High

Lucas –

Let me know your availability to meet and confer on the document requests related to the MEI subpoena. We are free all day tomorrow to discuss.

Mark A. Jotanovic
Shareholder

**BK** BROOKS KUSHMAN

1000 Town Center, 22nd Floor | Southfield, MI 48075
Direct: (248) 226-2722 | Main: (248) 358-4400
mjotanovic@BrooksKushman.com | Bio
www.BrooksKushman.com | www.BKpostgrant.com