# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **INLAND DIAMOND PRODUCTS CO.** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 2:17-cv-0416-JRG** |
| **HOYA OPTICAL LABS OF AMERICA, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant** | |

## ORDER

Before the Court Hoya Optical Labs of America, Inc.'s Motion to Amend its Invalidity Contentions. After consideration, the Court finds that the Motion is DENIED.